UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT ALLEN,<br><br>                   Plaintiff,<br><br>-against-<br><br>DANIEL EK (CEO of Spotify); QUAVIOUS MARSHALL; KIARI CEPHUS,<br><br>                   Defendants. | 21-CV-4696 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 15, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 15, 2021
           New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                         Chief United States District Judge